UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.  M-22-1143-S1 |
| DUSTIN J. OLIVER<br>SHAUN MICHAEL SIMMONS<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | § § § | |

## SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about June 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DUSTIN J. OLIVER**
**SHAUN MICHAEL SIMMONS**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1) and 960(b)(1).

### Count Two

On or about June 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DUSTIN J. OLIVER**
**SHAUN MICHAEL SIMMONS**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

did knowingly and intentionally import into the United States of America from the United Mexican

States a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 22 kilograms of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1) and Title 18, United States Code, Section 2.

### Count Three

On or about June 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DUSTIN J. OLIVER**
**SHAUN MICHAEL SIMMONS**
█████████████

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Four

On or about June 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DUSTIN J. OLIVER**
**SHAUN MICHAEL SIMMONS**
█████████████

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 22 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY